**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JERRY QUINN, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:25-cv-01883-PAE |
| Plaintiff, | |
| v. | |
| READY CAPITAL CORPORATION, THOMAS E. CAPASSE, and ANDREW AHLBORN, | |
| Defendants. | |
| DAVID GOEBEL, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:25-cv-03373-PAE |
| Plaintiff, | |
| v. | |
| READY CAPITAL CORPORATION, THOMAS E. CAPASSE, and ANDREW AHLBORN, | |
| Defendants. | |

**[PROPOSED] ORDER**

Having considered Jerry Quinn's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.     The Motion is GRANTED;

2.     The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Ready Capital Corporation Securities Litigation*, Master File No. 1:25-cv-01883-PAE;

3.     The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Jerry Quinn as Lead Plaintiff; and

4.     Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____, 2025          _____
                                        HON. PAUL A. ENGELMAYER
                                        UNITED STATES DISTRICT JUDGE

1