**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JERRY QUINN, Individually and on Behalf of All Others Similarly Situated, <br><br>       Plaintiff, <br><br> v. <br><br> READY CAPITAL CORPORATION, THOMAS E. CAPASSE, and ANDREW AHLBORN, <br><br>       Defendants. | Case No.: 1:25-cv-01883-PAE <br><br> Hon. Paul A. Engelmayer |
| DAVID GOEBEL, Individually and on Behalf of All Others Similarly Situated, <br><br>       Plaintiff, <br><br> v. <br><br> READY CAPITAL CORPORATION, THOMAS E. CAPASSE, and ANDREW AHLBORN, <br><br>       Defendants. | Case No.: 1:25-cv-03373-PAE <br><br> Hon. Paul A. Engelmayer |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF ALLAN T. PARR JR.'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Allan T. Parr Jr. ("Movant") and proposed Lead Counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation of the above-captioned actions (the "Actions"), appointment

as Lead Plaintiff, and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.    Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Movant attesting to his transactions of Ready Capital Corporation ("Ready Capital" or the "Company") common stock;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Ready Capital common stock;

**Exhibit C**:    Press Release published March 6, 2025, on *Business Wire,* announcing the pendency of the first-filed securities class action against defendants herein: *Quinn v. Ready Capital Corporation., et. al.,* Case No. 1:25-cv-01883-PAE; and

**Exhibit D**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: May 5, 2025                                 Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Allan T. Parr Jr. and*
*[Proposed] Lead Counsel for the Class*

2