# EXHIBIT B

| Client Name | Allan T Parr Jr. |
|---|---|
| Company Name | Ready Capital Corporation |
| Ticker Symbol | RC |
| Security Type | |
| Class Period Start | 8/8/2024 |
| Class Period End | 3/2/2025 |
| 90-DAY Lookback Period Start | 3/3/2025 |
| 90-DAY Lookback Period End | 5/5/2025 |
| 90-DAY Lookback Average | $ 04.78 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $138,810.58 |
| DURA LIFO* Total | $138,810.58 |
| Gross Shares Purchased | 57,913 |
| Net Shares Retained | 57,913 |
| Net Funds Expended | $419,109.50 |

### Allan T Parr Jr. - Account 1

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 10-31-2024 | 2921 | 6.9765 | $ 20,378.36 | 04-24-2025 | | 2921 | $ 04.84 | | $ 14,137.64 | 2921 | - | $ 04.79 | | $ 6,240.72 | $ 6,240.72 |
| 11-12-2024 | 50000 | 7.3025 | $ 365,125.00 | 04-24-2025 | | 50000 | $ 04.84 | | $ 242,000.00 | 50000 | - | $ 04.79 | | $ 123,125.00 | $ 123,125.00 |
| 01-31-2025 | 4992 | 6.732 | $ 33,606.14 | 04-24-2025 | | 4992 | $ 04.84 | | $ 24,161.28 | 4992 | - | $ 04.79 | | $ 9,444.86 | $ 9,444.86 |
| **Total:** | **57,913** | | **$419,109.50** | | | **57913** | | | **$280,298.92** | **57,913** | | | | **$138,810.58** | **$138,810.58** |

| Client Name | Allan T Parr Jr. |
|---|---|
| Company Name | Ready Capital Corporation |
| Ticker Symbol | RC |
| Security Type | |
| Class Period Start | 8/8/2024 |
| Class Period End | 3/2/2025 |
| 90-DAY Lookback Period Start | 3/3/2025 |
| 90-DAY Lookback Period End | 5/5/2025 |
| 90-DAY Lookback Average | $ 04.78 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 53,715.46 |
| DURA LIFO* Total | $ 53,715.46 |
| Gross Shares Purchased | 27,963 |
| Net Shares Retained | 27,963 |
| Net Funds Expended | $187,422.10 |

### Allan T Parr Jr. - Account 2

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 08-22-2024 | 2000 | 8.405 | $ 16,810.00 | | | | | | - | 2000 | 2000 | $ 04.78 | $ 9,563.11 | $ 7,246.89 | $ 7,246.89 |
| 10-31-2024 | 2876 | 6.9765 | $ 20,064.41 | | | | | | - | 2876 | 2876 | $ 04.78 | $ 13,751.75 | $ 6,312.66 | $ 6,312.66 |
| 01-13-2025 | 20000 | 6.4883 | $ 129,766.00 | | | | | | - | 20000 | 20000 | $ 04.78 | $ 95,631.11 | $ 34,134.89 | $ 34,134.89 |
| 01-31-2025 | 3087 | 6.732 | $ 20,781.68 | | | | | | - | 3087 | 3087 | $ 04.78 | $ 14,760.66 | $ 6,021.02 | $ 6,021.02 |
| **Total:** | **27,963** | | **$187,422.10** | | | | | | | **27,963** | **27,963** | | **$ 133,706.64** | **$ 53,715.46** | **$ 53,715.46** |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| LIFO Loss Total | $192,526.04 |
| DURALIFO* Total | $192,526.04 |
| Gross Shares Purchased | 85,876 |
| Net Shares Retained | 85,876 |
| Net Funds Expended | $606,531.60 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.