**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JERRY QUINN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>READY CAPITAL CORPORATION, THOMAS E. CAPASSE, and ANDREW AHLBORN,<br><br>Defendants. | Case No. 1:25-cv-01883-PAE |
| DAVID GOEBEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>READY CAPITAL CORPORATION, THOMAS E. CAPASSE, and ANDREW AHLBORN,<br><br>Defendants. | Case No. 1:25-cv-03373-PAE |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF JERRY QUINN'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

I, Gregory B. Linkh, hereby declare as follows:

1.    I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Jerry Quinn ("Quinn") and proposed lead counsel for the class in the above-captioned action. I make this declaration in support of Quinn's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published March 6, 2025, on *Business Wire*, announcing the pendency of the first-filed securities class action against Defendants herein;

Exhibit B:    Analysis of Quinn's financial interest; and

Exhibit C:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 5th day of May 2025.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On May 5, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 5, 2025, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh