# EXHIBIT B

# Financial Interest Analysis

**Company Name:** Ready Capital Corporation
**Ticker:** RC
**Class Period:** November 7, 2024 to March 2, 2025
**Name:** Jerry Quinn

| Purchase Date | Shares | Cost Basis [1] | PSLRA 90-Day Lookback [2] | Diminution Per Share [3] | Canopy Loss [4] |
|---|---|---|---|---|---|
| 12/16/2024 | 8,677.0000 | $6.9300 | $4.7893 | -$2.1407 | -$18,574.70 |
| 12/16/2024 | 1,323.0000 | $6.9300 | $4.7893 | -$2.1407 | -$2,832.12 |
| 1/31/2025 | 370.9440 | $6.7400 | $4.7893 | -$1.9507 | -$723.59 |
| **Total Shares Retained:** | **10,370.9440** | | | **Total Canopy Loss:** | **-$22,130.41** |

Notes

[1] The Cost Basis per share is the lesser of (a) the pre-disclosure closing price on February 28, 2025 ($6.93) or (b) the actual purchase price.

[2] For retained shares, the PSLRA 90-Day Lookback used in this calculation is the average closing price between March 3, 2025 and May 2, 2025.

[3] Diminution Per Share is the PSLRA 90-Day Lookback less the Cost Basis.

[4] Canopy Loss is the Diminution Per Share multiplied by the number of shares held through the disclosure.