**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JERRY QUINN, Individually and on Behalf of All Others Similarly Situated,<br><br><br>Plaintiff,<br><br>v.<br><br>READY CAPITAL CORPORATION, THOMAS E. CAPASSE, and ANDREW AHLBORN,<br><br><br>Defendants. | Case No. 1:25-cv-01883-PAE<br><br>CLASS ACTION |
| DAVID GOEBEL, Individually and on Behalf of All Others Similarly Situated,<br><br><br>Plaintiff,<br><br>v.<br><br>READY CAPITAL CORPORATION, THOMAS E. CAPASSE, and ANDREW AHLBORN,<br><br><br>Defendants. | Case No. 1:25-cv-03373-PAE<br><br>CLASS ACTION |

**NOTICE OF MOTION OF DAVID GOEBEL FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION**

PLEASE TAKE NOTICE that on a date and at such time as may be designated by the Court, before the Honorable Paul A. Engelmayer, at the United States District Court for the Southern District of New York, located at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1305, New York, NY 10007, David Goebel, by and through his undersigned counsel, will respectfully move this Court for entry of an order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) appointing Mr. Goebel as Lead Plaintiff in the above-captioned securities class actions; (2) approving his selection of Bleichmar Fonti & Auld LLP ("BFA") as Lead Counsel for the Class; (3) consolidating the above-captioned securities class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (4) for any such further relief as the Court may deem just and proper.

This motion is made on the grounds that Mr. Goebel believes that he is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, Mr. Goebel believes he has the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the approximately $200,000 in losses that he incurred on his investments in Ready Capital common stock during the Class Period. Mr. Goebel also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other Class members' claims and because he will fairly and adequately represent the interests of the Class.

Finally, consolidation is appropriate under Rule 42(a) of the Federal Rules of Civil Procedure because the above-captioned actions present substantially similar factual and legal issues and would further the interests of efficiency and judicial economy.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law

in support thereof, the Declaration of Javier Bleichmar filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Mr. Goebel respectfully requests that the Court: (1) appoint him as Lead Plaintiff pursuant to the PSLRA; (2) approve his selection of BFA as Lead Counsel for the Class; (3) consolidate the above-captioned actions; and (4) grant any such further relief as the Court may deem just and proper.

Dated: May 5, 2025                                Respectfully submitted,

                                                  **BLEICHMAR FONTI & AULD LLP**

                                                  */s/ Javier Bleichmar*
                                                  Javier Bleichmar
                                                  300 Park Avenue, Suite 1301
                                                  New York, New York 10022
                                                  Telephone: (212) 789-1340
                                                  Facsimile: (212) 205-3960
                                                  jbleichmar@bfalaw.com

                                                  -and-

                                                  Ross Shikowitz
                                                  75 Virginia Road
                                                  White Plains, New York 10603
                                                  Telephone: (914) 265-2991
                                                  Facsimile: (212) 205-3960
                                                  rshikowitz@bfalaw.com

                                                  -and-

                                                  Adam C. McCall (*pro hac vice* forthcoming)
                                                  1330 Broadway, Suite 630
                                                  Oakland, California 94612
                                                  Telephone: (415) 445-4003
                                                  Facsimile: (415) 445-4020
                                                  amccall@bfalaw.com

                                                  *Counsel for Plaintiff and Proposed Lead*
                                                  *Plaintiff David Goebel, and Proposed Lead*
                                                  *Counsel for the Putative Class*

2