**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JERRY QUINN, Individually and on Behalf of All Others Similarly Situated, <br><br><br> Plaintiff, <br><br> v. <br><br> READY CAPITAL CORPORATION, THOMAS E. CAPASSE, and ANDREW AHLBORN, <br><br><br><br> Defendants. | Case No. 1:25-cv-01883-PAE <br><br> CLASS ACTION |
| DAVID GOEBEL, Individually and on Behalf of All Others Similarly Situated, <br><br><br> Plaintiff, <br><br> v. <br><br> READY CAPITAL CORPORATION, THOMAS E. CAPASSE, and ANDREW AHLBORN, <br><br><br><br> Defendants. | Case No. 1:25-cv-03373-PAE <br><br> CLASS ACTION |

**[PROPOSED] ORDER APPOINTING DAVID GOEBEL AS**
**LEAD PLAINTIFF, APPROVING HIS SELECTION OF LEAD COUNSEL, AND**
**CONSOLIDATING ALL RELATED ACTIONS**

Upon consideration of: (1) the Motion of David Goebel for appointment as Lead Plaintiff, approval of his selection of counsel, and consolidation of all related securities class actions; (2) the Memorandum of Law in support thereof; (3) the Declaration of Javier Bleichmar submitted herewith; and (4) all other pleadings and argument submitted to this Court; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1.       Mr. Goebel's Motion is **GRANTED.**

2.       Mr. Goebel is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraph 4 of this Order.

3.       Mr. Goebel's selection of Lead Counsel is **APPROVED**, and Bleichmar Fonti & Auld LLP is **APPOINTED** as Lead Counsel for the Class.

4.       Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions, and any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions are **CONSOLIDATED** for all purposes.

5.       This action shall be captioned "*In re Ready Capital Corporation Securities Litigation*" and the file shall be maintained under Master File No. 1:25-cv-01883.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE
