**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JERRY QUINN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>READY CAPITAL CORPORATION, THOMAS E. CAPASSE, and ANDREW AHLBORN,<br><br>Defendants. | Case No. 1:25-cv-01883-PAE<br><br>CLASS ACTION |
| DAVID GOEBEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>READY CAPITAL CORPORATION, THOMAS E. CAPASSE, and ANDREW AHLBORN,<br><br>Defendants. | Case No. 1:25-cv-03373-PAE<br><br>CLASS ACTION |

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF THE MOTION OF DAVID GOEBEL FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF HIS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION**

I, Javier Bleichmar, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld LLP ("BFA").  I submit this declaration in support of the Motion filed by David Goebel for: (1) appointment as Lead Plaintiff; (2) approval of his selection of BFA to serve as Lead Counsel for the Class; (3) consolidation of the above-captioned actions; and (4) any such further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through F are true and correct copies of the following documents:

EXHIBIT A:      Declaration of Mr. Goebel;

EXHIBIT B:      Notice of pendency of *Quinn v. Ready Capital Corp., et al.*, No. 1:25-cv-01883-PAE (S.D.N.Y.) published on March 6, 2025;

EXHIBIT C:      Notice of pendency of *Goebel v. Ready Capital Corp., et al.*, No. 1:25-cv-03373 (S.D.N.Y.) ("*Goebel*") published on April 23, 2025;

EXHIBIT D:      Certification of Mr. Goebel as filed with the Complaint he filed in *Goebel*;

EXHIBIT E:      Chart reflecting financial interest of Mr. Goebel prepared by BFA; and

EXHIBIT F:      Firm Resume of BFA.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 5th day of May 2025.

_/s/ Javier Bleichmar_____
Javier Bleichmar

2