# EXHIBIT D

Docusign Envelope ID: 71519977-BFA2-4F68-A117-344596943C73

## CERTIFICATION

I, David Goebel, hereby certify as follows:

1.      I have reviewed the Complaint against Ready Capital Corporation ("Ready Capital") and others alleging violations of the federal securities laws and have authorized its filing.

2.      I did not purchase or sell securities of Ready Capital at the direction of counsel, or in order to participate in any private action under the federal securities laws.

3.      I am willing to serve as a representative party on behalf of the Class in this matter, including providing testimony at deposition and trial, if necessary.

4.      My transactions in the Ready Capital securities that are the subject of the Complaint during the class period specified therein are reflected in Schedule A, attached hereto.

5.      I have sought to serve as a lead plaintiff and representative party in a class action filed under the federal securities laws during the last three years, but was not appointed in the following case:

- *Soto v. BioAge Labs, Inc. et al.*, No. 3:25-cv-00196 (N.D. Cal.)

6.      Beyond my *pro rata* share of any recovery, I will not accept payment for serving as a representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/21/2025

Signed by:

David Goebel

1

**SCHEDULE A**

TRANSACTIONS IN

READY CAPITAL CORP

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 08/09/2024 | 1,100.00 | 8.76 | ($9,636.00) |
| Purchase | 08/09/2024 | 574.00 | 8.77 | ($5,031.11) |
| Purchase | 08/09/2024 | 684.00 | 8.77 | ($5,998.68) |
| Purchase | 08/09/2024 | 316.00 | 8.78 | ($2,772.90) |
| Purchase | 08/09/2024 | 5,657.00 | 8.78 | ($49,668.46) |
| Purchase | 08/09/2024 | 458.00 | 8.79 | ($4,023.53) |
| Purchase | 08/09/2024 | 9,579.00 | 8.79 | ($84,199.41) |
| Purchase | 08/09/2024 | 267.00 | 8.76 | ($2,337.59) |
| Purchase | 08/09/2024 | 33.00 | 8.78 | ($289.67) |
| Purchase | 08/09/2024 | 100.00 | 8.79 | ($878.90) |
| Purchase | 08/09/2024 | 100.00 | 8.79 | ($878.99) |
| Purchase | 08/09/2024 | 31,132.00 | 8.80 | ($273,961.60) |
| Purchase | 10/31/2024 | 1,773.48 | 7.05 | ($12,503.01) |
| Sale | 11/08/2024 | -1,773.00 | 7.30 | $12,934.04 |
| Sale | 11/08/2024 | -0.48 | 7.29 | $3.48 |