# EXHIBIT E

Financial Interest Analysis for David Goebel
Class Period: August 8, 2024 - March 2, 2025

**Ready Capital Corp. Common Stock (FIFO/LIFO)**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 8/8/2024 | 0.000 | | |
| Purchase | 8/9/2024 | 1,100.000 | $8.7600 | ($9,636.00) |
| Purchase | 8/9/2024 | 574.000 | $8.7650 | ($5,031.11) |
| Purchase | 8/9/2024 | 684.000 | $8.7700 | ($5,998.68) |
| Purchase | 8/9/2024 | 316.000 | $8.7750 | ($2,772.90) |
| Purchase | 8/9/2024 | 5,657.000 | $8.7800 | ($49,668.46) |
| Purchase | 8/9/2024 | 458.000 | $8.7850 | ($4,023.53) |
| Purchase | 8/9/2024 | 9,579.000 | $8.7900 | ($84,199.41) |
| Purchase | 8/9/2024 | 267.000 | $8.7550 | ($2,337.59) |
| Purchase | 8/9/2024 | 33.000 | $8.7780 | ($289.67) |
| Purchase | 8/9/2024 | 100.000 | $8.7890 | ($878.90) |
| Purchase | 8/9/2024 | 100.000 | $8.7899 | ($878.99) |
| Purchase | 8/9/2024 | 31,132.000 | $8.8000 | ($273,961.60) |
| Purchase | 10/31/2024 | 1,773.477 | $7.0500 | ($12,503.01) |
| *Total Class Period Purchases* | | 51,773.477 | | **($452,179.85)** |
| Sale | 11/8/2024 | -1,773.000 | $7.2950 | $12,934.04 |
| Sale | 11/8/2024 | -0.477 | $7.2900 | $3.48 |
| *Total Class Period Sales Matching to Class Period Purchases* | | -1,773.477 | | $12,937.51 |
| Retained Shares [1] | | 50,000.000 | $4.7816 | $239,077.78 |
| | | | **Common Stock FIFO/LIFO Gain/(Loss):** | **($200,164.56)** |

[1] *Retained shares are valued at the average price from 3/3/2025 to 5/5/2025.*