UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERRY QUINN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> READY CAPITAL CORPORATION, THOMAS E. CAPASSE, and ANDREW AHLBORN, <br><br> Defendants. | Case No.  1:25-cv-01883-PAE |
| DAVID GOEBEL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> READY CAPITAL CORPORATION, THOMAS E. CAPASSE, and ANDREW AHLBORN, <br><br> Defendants. | Case No.  1:25-cv-03373-PAE |

DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF MOTION OF RICKY DAVIS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL

I, J. Alexander Hood II, hereby declare as follows:

1.     I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Ricky Davis ("Davis"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Davis's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class in the consolidated action, and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.     Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart setting forth Davis's financial interest in this litigation; |
| Exhibit B: | Press release published via *Business Wire* on March 6, 2025, announcing the pendency of the first-filed of the Related Actions; |
| Exhibit C: | Shareholder Certification executed by Davis; |
| Exhibit D: | Declaration executed by Davis; and |
| Exhibit E: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 5, 2025.

*/s/ J. Alexander Hood II*
J. Alexander Hood II

1