# EXHIBIT A

**Ready Capital Corporation (RC)**
**Class Period: August 8, 2024 to March 2, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 61-Days* Mean Price $4.7893 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| _Summary_ | | | | | | | | | | | |
| Ricky Davis, Acct 1 | | 13,051 | | ($89,990) | | 0 | | $0 | 13,051 | $62,506 | ($27,484) |
| Ricky Davis, Acct 2 | | 1,495 | | ($10,078) | | 0 | | $0 | 1,495 | $7,160 | ($2,918) |
| **Ricky Davis** | | **14,546** | | **($100,068)** | | **0** | | **$0** | **14,546** | **$69,666** | **($30,402)** |
| | | | | | | | | | | | |
| _Account 1_ | | | | | | | | | | | |
| Ricky Davis | 12/23/2024 | 5,400 | $7.1493 | ($38,606) | | | | | | | |
| Ricky Davis | 1/8/2025 | 675 | $6.6600 | ($4,496) | | | | | | | |
| Ricky Davis | 1/13/2025 | 3,475 | $6.4875 | ($22,544) | | | | | | | |
| Ricky Davis | 1/15/2025 | 1,000 | $6.6900 | ($6,690) | | | | | | | |
| Ricky Davis | 1/21/2025 | 0 | $7.0700 | ($1) | | | | | | | |
| Ricky Davis | 1/21/2025 | 2,401 | $7.0800 | ($16,999) | | | | | | | |
| Ricky Davis | 2/3/2025 | 100 | $6.5400 | ($654) | | | | | | | |
| **Ricky Davis** | | **13,051** | | **($89,990)** | | **0** | | **$0** | **13,051** | **$62,506** | **($27,484)** |
| | | | | | | | | | | | |
| _Account 2_ | | | | | | | | | | | |
| Ricky Davis | 12/23/2024 | 250 | $7.1700 | ($1,793) | | | | | | | |
| Ricky Davis | 2/7/2025 | 570 | $6.6740 | ($3,804) | | | | | | | |
| Ricky Davis | 2/10/2025 | 675 | $6.6397 | ($4,482) | | | | | | | |
| **Ricky Davis** | | **1,495** | | **($10,078)** | | **0** | | **$0** | **1,495** | **$7,160** | **($2,918)** |

*Avg Closing Prices from March 3, 2025 to May 2, 2025