UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERRY QUINN,

                              Plaintiff,

                    -v-

READY CAPITAL CORPORATION *et al.*,

                              Defendants.

25 Civ. 1883 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

        The Court has received motions for appointment of lead plaintiff(s) and counsel in this

case. *See* Dkts. 17, 19, 23, 26.  Responses to these motions are due on May 27, 2025. The Court

does not invite replies.

        SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    _____
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: May 12, 2025
        New York, New York