# ALSTON & BIRD

90 Park Avenue
New York, NY, 10016-1387
212-210-9400 | Fax: 212-210-9444

**Elizabeth Gingold Clark**          Direct Dial: **212-210-9568**          Email: **elizabeth.clark@alston.com**

July 15, 2025

The Honorable Paul A. Engelmayer
United States District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Re:    *In re Ready Capital Corporation Securities Litigation*, No. 1:25-cv-01883-PAE (S.D.N.Y.) [rel. 1:25-cv-02274-PAE; 1:25-cv-02930-PAE]

Dear Judge Engelmayer:

We represent Defendants Ready Capital Corporation, ("Ready Capital"), Thomas E. Capasse, and Andrew Ahlborn (collectively, "Defendants") in the above-referenced action. In accordance with Rule 1.E of the Court's Individual Rules and Practices, we respectfully submit this letter to request that the Court enter the enclosed Joint Stipulation and Proposed Scheduling Order (the "Stipulation"). Plaintiff Allan T. Parr Jr. ("Plaintiff," and collectively with Defendants, the "Parties") consents to this request.

On March 6, 2025, Jerry Quinn filed the Quinn Class Action Complaint (the "*Quinn* Complaint"), asserting federal securities law claims arising under the Securities Exchange Act of 1934 on behalf of a putative class of investors in Ready Capital securities. (DCKT #1.)

On April 23, 2025, David Goebel filed the Goebel Class Action Complaint (the "*Goebel* Complaint"), asserting federal securities law claims arising under the Securities Exchange Act of 1934 on behalf of a putative class of investors in Ready Capital securities. (Complaint, *Goebel v. Ready Capital Corp. et al.*, No. 1:25-cv-3373 (S.D.N.Y. Apr. 23, 2025), DCKT #1.)

The claims alleged in the *Quinn* and *Goebel* Complaints are substantially similar and are subject to the Private Securities Litigation Reform Act of 1995, which provides a specific process for the appointment of lead plaintiff and lead counsel.

On July 8, 2025, the Court entered an Order that, among other things, consolidated the *Quinn* and *Goebel* actions under the caption *In re Ready Capital Corporation Securities*

Atlanta | Brussels | Century City | Charlotte | Chicago | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

July 15, 2025
Page 2

*Litigation*, No. 1:25-cv-01883-PAE (S.D.N.Y.), appointed Allan T. Parr Jr. as Lead Plaintiff, approved his selection of Levi & Korsinsky, LLP as Lead Counsel, and directed the Parties to meet-and-confer and submit a proposed schedule for the filing of an amended complaint and briefing schedule for any motion to dismiss on or before July 15, 2025 (DCKT #35). The Parties have met and conferred and agreed on a schedule for Plaintiff to file his Consolidated Amended Complaint ("CAC") and for Defendants' responses thereto, as set forth in the enclosed Stipulation.

Accordingly, the Parties respectfully request that the Court enter the enclosed Stipulation setting the proposed schedule outlined below:

1. Plaintiff shall file the CAC on or before **September 8, 2025**;

2. Defendants shall move to dismiss, answer, or otherwise respond to the CAC on or before **November 10, 2025**; and

3. If Defendants move to dismiss the CAC, Plaintiff shall file his opposition to the motion to dismiss on or before **January 9, 2026**, and Defendants shall file their reply brief in support of their motion to dismiss on or before **February 9, 2026**.

The Parties previously requested, and the Court granted, an extension of time for Defendants to respond to the Complaint, pending the appointment of Lead Plaintiff and Lead Counsel. (*See* DCKT #14).

We appreciate the Court's attention to this matter and are available at the Court's convenience should Your Honor have any questions.

Sincerely,

Elizabeth Gingold Clark

Enclosure

cc:    Counsel of Record (via ECF)

The Court endorses the parties' proposed schedule in part, mindful of the need to allow lead plaintiff an opportunity to amend in response to a responsive motion from defendants under Federal Rule of Civil Procedure 15(a)(1)(B).

The Court sets the following schedule. Lead plaintiff shall file a first amended complaint by September 8, 2025. On November 10, 2025, defendants shall file their response to the first amended complaint. If defendants move to dismiss, lead plaintiff, by December 1, 2025, shall file a second amended complaint or file a letter notifying the Court of its intention to rely on its first amended complaint. No further opportunities to amend will ordinarily be granted.

If lead plaintiff does not file a second amended complaint, lead plaintiff's opposition to defendants' motion to dismiss shall be due January 9, 2026. Defendants' reply shall be due February 9, 2026. If lead plaintiff files a second amended complaint, by January 9, 2026, defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying lead plaintiff, stating that they rely on the previously filed motion to dismiss. If defendants file a new motion to dismiss or rely on their previous motion, lead plaintiff's opposition will be due on February 9, 2026, and defendants' reply due on March 9, 2026.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: July 16, 2025
New York, New York