**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE READY CAPITAL CORPORATION SECURITIES LITIGATION** | **Case No. 1:25-cv-01883-PAE** |

**DECLARATION OF NICHOLAS I. PORRITT IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

1

I, NICHOLAS I. PORRITT, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP counsel for Lead Plaintiff Allan T. Parr Jr. and Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibit, in support of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint.

3.      Attached hereto as Exhibit 1 is a true and correct copy of the S&P Global Market Intelligence transcript of Ready Capital's Q3 2024 Earnings Call, dated November 8, 2024, which is referenced in paragraphs 205 through 210 of the Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 9, 2026

*/s/ Nicholas Porritt*
Nicholas I. Porritt

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2026, I electronically filed the foregoing Declaration Of Nicholas I. Porritt In Support Of Plaintiffs' Opposition To Defendants' Motion To Dismiss The Consolidated Amended Complaint by using the CM/ECF system which will send a notice of electronic filing to all counsel or parties of record.

/s/ Nicholas Porritt
Nicholas I. Porritt

2