**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE READY CAPITAL CORPORATION SECURITIES LITIGATION** | **Case No. 1:25-cv-01883-PAE** |

**DECLARATION OF ANDREW AHLBORN**

Pursuant to 28 U.S.C. § 1746, I, Andrew Ahlborn, declare as follows:

1. I am the Chief Financial Officer of Ready Capital Corporation ("Ready Capital" or the "Company") and a defendant in the above-captioned action (the "Action"). I have personal knowledge of the facts set forth herein.

2. On November 8, 2024, Ready Capital held an earnings call to present and discuss the Company's financial results for the third quarter of fiscal year 2024 (the "Earnings Call"). The Earnings Call is referenced in paragraphs 205 through 210 of the Consolidated Amended Complaint (the "CAC") filed in the Action. I was a participant on the Earnings Call.

3. The transcript of the Earnings Call submitted with Defendants' Motion to Dismiss the CAC (the "Transcript")[1] accurately attributes each statement alleged to be false and/or misleading to the person who made the statement, including the following statements that appear on page 12 of the Transcript, which, as reflected on the Transcript, were made by me:

> Yeah. I think the $0.25 level is a good baseline. When I think about go-forward earnings, I think there are a few things that are important. The first is the contribution of the small business lending platform, given all the growth and capital investments we've made over the last couple quarters and years, is now substantial to the totality of the company, contributing over 350 basis points of return to the overall platform. And that is a level we expect is sustainable and grows as some of the businesses we've purchased come online.

---

[1] The Transcript was submitted as Exhibit 8 to the Declaration of Elizabeth Gingold Clark in support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Complaint. (Dkt. No. 43-9.)

And so when you think about how that affects go-forward earnings, as the CRE portion of our business, which accounts for the majority of the equity, rebounds and migrates back to historical return levels, as the portfolio turns over and the M&A portfolio is repositioned, migrates back to that 600 to 800 basis point return level, we get closer to our original thesis of building the business this way, which is having that Small Business Lending platform provide a premium to sort of competitive commercial real estate returns.

And so, I think there is a growth path from these levels. There are no one-time items that I'm aware of, with the exception of there's still a bucket of loans held for sale where you are going to have the impact of realized losses flow through the distributable earnings cal. But absent those losses, I think there's a growth path headed into 2025.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

United States of America that the foregoing is true and correct.

Executed on February 9, 2026

DocuSigned by:

*Andrew Ahlborn*

5D78732E457B46B...

Andrew Ahlborn

2