**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

IN RE READY CAPITAL CORPORATION SECURITIES LITIGATION

25 **CIVIL** 1883 (PAE)

**JUDGMENT**

------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 18, 2026, the Court grants the motion to dismiss the CAC in full and with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
September 22, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**